UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 1, 2013

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| ERNEST T. BOYKIN, III, | : | VIOLATIONS:  21 U.S.C. § 846 |
| VERLINDA WHITE, | : | (Conspiracy to Distribute and Possess |
| RAYNARD OLIVER, | : | With Intent to Distribute One Kilogram |
| | : | or More of Heroin) |
| Defendants. | : | 18 U.S.C. § 924(c)(1) |
| | : | (Using, Carrying and Possessing a |
| | : | Firearm During a Drug Trafficking |
| | : | Offense) |
| | : | |
| | : | FORFEITURE: 21 U.S.C. § 853 |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

From on or about at least January 1, 2014, and continuing to on or about September 30, 2014, within the District of Columbia, and the State of Maryland, **ERNEST T. BOYKIN, III, VERLINDA WHITE, and RAYNARD OLIVER**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, and the said mixture or substance was one kilogram or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

(**Conspiracy to Distribute and Possess With Intent to Distribute One Kilogram or More of Heroin**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO

On or about July 17, 2014, **ERNEST T. BOYKIN, III**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment which is incorporated herein, a firearm, that is, a Taurus PT 709, 9mm handgun.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, this offense.  The property subject to forfeiture includes $117,550 seized on July 17, 2014, and a forfeiture money judgment for a sum of money equal to the total value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

   (e)  has been commingled with other property that cannot be subdivided without difficulty;

The defendant shall forfeit to the United States, any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

  (**Criminal Forfeiture**, pursuant to Title 21, United States Code, §§ 853(a)(p))

            A TRUE BILL:

            FOREPERSON.

Attorney of the United States in
and for the District of Columbia.